**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **REGINALD ROBERTSON,** § | | |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | **CIVIL ACTION NO. 4:16-CV-1135-Y** | |
| § | | |
| **DARRELL W. YEUBANKS AND ENNIS** § | | |
| **TRANSPORTATION COMPANY, INC.** § | | |
| § | | |
| *Defendants*. § | | |

## AGREED FINAL JUDGMENT

On this day came on to be heard in the above-referenced cause Reginald Robertson, Plaintiff, and Darrell W. Yeubanks and Ennis Transportation Company, Inc., Defendants, by and through their respective attorneys of record, and made it known to the Court that the parties have resolved all matters of fact and things in controversy between them and that an agreed judgment should be entered. Having been so advised and having reviewed the docket in this case, this judgment is approved.

Therefore, plaintiff Reginald Robertson shall take nothing of and from defendants Darrell W. Yeubanks and Ennis Transportation Company, Inc., by reason of this suit, with the taxable costs of court to be borne by the party incurring same; and, with all costs having been paid or reimbursed, no execution shall issue. This judgment disposes of all claims and all parties and is appealable.

SIGNED November 14, 2017.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM:

GODSEY MARTIN, P.C.               KANE RUSSELL COLEMAN LOGAN PC

*/s/ Brian L. Mincher*             */s/ Aaron M. Speer*

Brian L. Mincher                   Zach T. Mayer

State Bar No. 24052669             State Bar No. 24013118

gmlit@gmfirm.com                   zmayer@krcl.com

1909 Woodall Rodgers Freeway, Ste. 200   Aaron M. Speer

Dallas, Texas 75201                State Bar No. 24051365

214.744.3339  /  Fax 972.301.2444  aspeer@krcl.com

                                   Kelly E. Wise

ATTORNEYS FOR PLAINTIFF            State Bar No. 24075956

REGINALD ROBERTSON                 kwise@krcl.com

                                   1601 Elm Street, Suite 3700

                                   Dallas, Texas 75201

                                   T: (214) 777-4200 / F: (214) 777-4299


                                   ATTORNEYS FOR DEFENDANTS

                                   DARRELL W. YEUBANKS AND

                                   ENNIS TRANSPORTATION

                                   COMPANY, INC.